# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3528

_____

Rita Crawford-Graham,      *
     *
         Appellant,      *
     *    Appeal from the United States
     v.      *    District Court for the Eastern
     *    District of Missouri.
Anthony J. Principi, Secretary of      *
Veterans Affairs,      *      [UNPUBLISHED]
     *
         Appellee.      *

_____

Submitted:   June 6, 2003
Filed:   October 23, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Rita Crawford-Graham appeals the district court's[1] adverse judgment following a bench trial in this Title VII employment-discrimination action. Following our careful review, we find no abuse of discretion in the district court's denial of Graham's recusal motion, or in the court's discovery and evidentiary rulings, and we affirm for the reasons stated in the district court's memorandum opinion. See 8th Cir. R. 47B. We deny Graham's motion to strike appellee's brief.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.